PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: ARNSWORTH, Rashad          Case Number: A03-0005-01-CR (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Judge

Date of Original Sentence:    August 1, 2003

Original Offense:             Conspiracy and Bank Fraud

Original Sentence:            53 months imprisonment, 3 years supervised release

Date Supervision Commenced: October 13, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

*"The defendant shall reside at the Community Corrections Center (Cordova Center) for 60 consecutive days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for release for employment, treatment, and other absences as pre-approved by the U.S. Probation Officer."*

### CAUSE

On July 24, 2003, the defendant was sentenced to 53 months imprisonment with 3 years supervised release on Count 1 and 5 years supervised release on Count 2, to be served concurrently. The defendant supervision commenced on October 13, 2005. Since that time the defendant has tested positive for the use of marijuana, has applied for credit without the prior permission of the probation officer, has changed the status of his residence without prior approval of the probation officer, has lied to the probation officer and has admitted to driving a vehicle without obtaining a valid driver's license. In order to address these violations and assist the defendant with obtaining full time, steady employment and a suitable release plan, the probation officer recommends his conditions of supervised release be modified to include 60 days at the Community Corrections Center. The defendant signed a waiver agreeing to this modification of conditions.

*Request for Modification of Conditions or Term*
*Name of Offender            :       ARNSWORTH, Rashad*
*Case Number                 :       A03-0005-01-CR (JWS)*

                                            Respectfully submitted,

                                            **REDACTED SIGNATURE**

                                            Beth A. Mader
                                            U.S. Probation/Pretrial Services Officer
                                            Date: May 18, 2006

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

                                            **REDACTED SIGNATURE**

                                            John W. Sedwick
                                            Chief U.S. District Court Judge
                                            Date: 5-19-06

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v ARNSWORTH, Rashad                Docket No. A03-0005-01-CR (JWS)

    I, Rashad Arnsworth, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

*"The defendant shall reside at the Community Corrections Center (Cordova Center) for 60 consecutive days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for release for employment, treatment, and other absences as pre-approved by the U.S. Probation Officer."*

Signed: _____   Date: 5/18/06
        Probationer or Supervised Releasee

Witness: __**REDACTED SIGNATURE**__   Date: 5/18/06
        Beth A. Mader
        U.S. Probation/Pretrial Services Officer