

# United States Department of Justice
## United States Marshals Service
### *District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To:   US District Court
      US Attorney
      US Probation
      US FPD

From:  Randy M. Johnson
      United States Marshal
      District of Alaska

INRE:

## PRISONER IN FEDERAL CUSTODY

| | |
|---|---|
| NAME: | ARNSWORTH, RASHAD |
| DATE OF BIRTH: | 10/29/1978 |
| CHARGE: | SR VIOLATIONS |
| CASE NUMBER: | 3:03-CR-00005 |
| PLACE HELD: | ACC EAST |
| DATE OF ARREST: | 06/27/2006 |
| TIME OF ARREST: | 03:00 |
| PLACE ARRESTED: | ANCHORAGE |
| ARRESTED BY: | APD |

REMARKS:

BOOKED IN ENGLISH:    YES ___X___      NO_____

    LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.