Case 3:03-cr-00005-JWS   Document 131-2   Filed 06/27/2006   Page 1 of 4
PROB 12C   Case 3:03-cr-00005-JWS-JDR   Document 130   Filed 06/22/2006   Page 1 of 4
(7/93)

# United States District Court
## for the
# District of Alaska
### Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: ARNSWORTH, Rashad           Case Number: A03-0005-01-CR (JWS)

Sentencing Judicial Officer:    John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:      August 1, 2003

Original Offense:               Conspiracy and Bank Fraud

Original Sentence:              53 months imprisonment, 3 years supervised release

Date Supervision Commenced:     October 13, 2005

Asst. U.S. Attorney: Frank Russo           Defense Attorney: McCoy, Kevin FPD

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that, on or about, May 27, 2006, the defendant did unlawfully commit the offense of Driving While License Suspended/Revoked/Cancelled, when he drove a motor vehicle on a highway or a vehicular way, at the time when his driver's license was revoked. This violation is a Grade C violation. |
| 2 | The defendant has violated the Standard Condition of Supervision 2, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month," in that, on or about, June 2, 2006, the defendant turned in his May 2006, monthly supervision report, at which time he did not report any police contact, despite being arrested for Driving While Driver's License was Revoked, by the Alaska State Troopers in May 2006. This violation is a Grade C violation. |
| 3 | The defendant has violated the Standard Condition of Supervision 3, "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer," in that, on or about, May 31, 2006, the defendant failed to answer truthfully an inquiry by the probation officer, in regards to any police contact over the past week and or weekend. This violation is a Grade C violation. |

Petition for Warrant or Summons
Name of Offender      :      ARNSWORTH, Rashad
Case Number           :      A03-0005-01-CR (JWS)

    4        The defendant has violated the Standard Condition of Supervision 11, "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer," in that, on or about, May 27, 2006, the defendant was arrested by the Alaska State Trooper, Daniel Sadloske, and he failed to report this to his probation officer within the required seventy-two hours. This violation is a Grade C violation.

U.S. Probation Officer Recommendation:

The term of supervised release should be:

    [X]   Revoked
    [ ]   Extended for _____ year(s), for a total term of _____ years.

[ ]   The conditions of supervised release should be modified as follows:

Respectfully submitted,

REDACTED SIGNATURE

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: June 21, 2006

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[X]   *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender. The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.*

[ ]   The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any,

-2-

*Petition for Warrant or Summons*
Name of Offender      :   ARNSWORTH, Rashad
Case Number           :   A03-0005-01-CR (JWS)

will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]   Other:

**REDACTED SIGNATURE**
_____
John W. Sedwick
Chief U.S. District Court Judge

June 22, 2006
_____
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.

**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
### for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number: A03-0005-01-CR (JWS) |
| vs. ) | DECLARATION IN SUPPORT OF PETITION |
| ) | |
| ARNSWORTH, Rashad ) | |

I, Beth Mader, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for ARNSWORTH, Rashad, and in that capacity declare as follows:

On July 24, 2003, the defendant was sentenced to 53 months imprisonment with 3 years supervised release on Count 1 and 5 years supervised release on Count 2, to be served concurrently. The defendant supervision commenced on October 13, 2005.

On May 31, 2006, the U.S. Probation Office received notification from Alaska State Trooper (AST) Sadloske, that on May 27, 2006, he observed the defendant driving a 1985 Buick Riviera near mile post 108 of the Richardson Highway and the defendant was stopped for driving with bright headlights. Further investigation revealed that the defendant's license was revoked and at that time the defendant was arrested for Driving With Revoked License, and he was transported to and lodged into the Glennallen Holding Facility on $250.00 bail.

On May 31, 2006, U.S. Probation Officer Mader (USPO) contacted the Glennallen Court System and confirmed that the defendant was arrested on May 27, 2006 and had an arraignment on May 28, 2006 where he was released on an unsecured bond. The defendant's next court appearance is set for July 10, 2006 at 10:45 a.m. The Glennallen court case number is 3GL-06-137 CR.

On May 31, 2006, around 3:30 p.m. the defendant reported to the U.S. Probation office. At this time, USPO Mader met with the defendant in the interview room and asked the defendant, "Have you had any police contact lately or over the weekend?" The defendant responded, "No." The defendant was instructed to report as scheduled for his next random urinalysis and to turn in his monthly supervision report.

On June 2, 2006, the defendant submitted his monthly supervision report for May 2006, in person and no police contact was reported on the monthly supervision report.

Executed this 21th day of June, 2006, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

**REDACTED SIGNATURE**

Beth Mader
U.S. Probation Officer