# United States District Court
for the
# DISTRICT OF ALASKA

RECEIVED
JUN 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>Rashad Arnswoth ) | Case Number: A03-0005-01-CR (JWS)<br><br>**WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Rashad Arnswoth and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with four violations of his term of supervised release.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

6-22-06
Date

RECEIVED
2006 JUN 23 PM 12:40
U.S. MARSHAL SERVICE
ALASKA

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

Anchorage, AK

| Date Received: 6/23/06 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 6/27/06 | Randy M. Johnson, USM by: | [signature] |