```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs.  RASHAD ARNSWORTH            CASE NO. 3:03-cr-00005-JWS
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           ROBIN M. CARTER

UNITED STATES' ATTORNEY:         FRANK RUSSO

DEFENDANT'S ATTORNEY:            MIKE DIENI - APPOINTED

U.S.P.O.:                        BETH MADER

PROCEEDINGS: INITIAL APPEARANCE ON PETITION FOR REVOCATION OF
             SUPERVISED RELEASE (DKT #130) HELD 6/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:40 a.m. court convened.

X Copy of petition given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Financial Affidavit **FILED.**
  X Federal Public Defender accepted appointment; FPD notified.

X PLEA(S): Denials entered to allegations 1-4 of the petition.

X Detention uncontested. Order of Detention Pending Trial **FILED**.

X OTHER: Status conference set for **7/7/06 at 10:30 a.m.**

At 10:57 a.m. court adjourned.

DATE:   June 28, 2006            DEPUTY CLERK'S INITIALS:    Rc