MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES v. RASHAD ARNSWORTH

Case No. 3-03-cr-00005-01-JWS-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

**MINUTE ORDER FROM CHAMBERS**

A further status conference is hereby scheduled for August 10, 2006 at 9:30 a.m. unless counsel notify the court earlier that they are prepared to proceed on the underlying Petition for Revocation of Supervised Release filed at Docket No. 130.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

July 7, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00005-01-JWS-JDR ARNSWORTH MO Re Status Conference.wpd