Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>RASHAD ARNSWORTH,<br><br>             Defendant. | NO.  3:03-cr-0005-01-JWS<br><br>**ENTRY OF APPEARANCE** |

Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant RASHAD ARNSWORTH in the above-captioned action.

DATED at Anchorage, Alaska this 11th day of July 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:     kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on July 11, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Richard Pomeroy/Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy