## UNITED STATES DISTRICT COURT
### District of Alaska

UNITED STATES OF AMERICA,

vs.

RASHAD ARNSWORTH

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 08/04/2006)
Case Number: 3:03-CR-00005-01-JWS
 KEVIN MCCOY
Defendant's Attorney

Defendant's probation officer filed a petition on 06/22/2006 accusing defendant of  4  violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED Allegation 3 of the Petition to Revoke Supervised Release . All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 3 | Standard | Police Contact | 05/31/2006 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

AUGUST 17, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**

Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

8-17-06
Date

AO245.REV

Defendant: RASHAD ARNSWORTH                    Amended Judgment--Page _2_ of_3_
Case No.:  3:03-CR-00005-01-JWS

### IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby
committed to the custody of the United States Bureau of Prisons to be
imprisoned for a term of_3 Months_.

[_]  The court makes the following recommendations to the Bureau of
     Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this
     district,
                         a.m.
         [_]  at _____ p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the
     institution designated by the Bureau of Prisons,
         [_]  before 2 p.m. on _____.
         [_]  as notified by the United States Marshal.
         [_]  as notified by the probation office.

### RETURN

     I have executed this judgment as follows:

_____

_____

_____

_____

     Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.


                                    _____
                                        United States Marshal

                                    By _____
                                          Deputy Marshal

Defendant: RASHAD ARNSWORTH                    Amended Judgment--Page  3  of  3
Case No.:  3:03-CR-00005-01-JWS

### SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release is modified as follows:

Upon defendant's release the defendant shall be placed on Electronic
Monitoring and placed on home confinement for a period of 3 months.
Defendant is required to pay for the cost of Electronic Monitoring for this
3 month period.

The term of supervision is extended as follows:

Defendant is placed on Supervised Release for a period of 30 months.

Except as hereinabove provided, the standard conditions of supervision and
any special conditions of supervision contained in the court's original
judgment shall remain in effect.

AO245.REV