NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@uddoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RASHAD D. ARNSWORTH,<br><br>　　　　　Defendant. | No. 3:03-cr-00005-JWS-JDR-1<br><br>**STATUS REPORT** |

COMES NOW, the United States of America, by and through counsel, and

responds to the Court's order requesting a status report. The above-captioned matter has been postponed pending the disposition of case number 3:07-cr-00043-01-JWS, in which the defendant also is charged. That case is pending for a proposed change of plea on August 9, 2007. If the defendant does in fact plead guilty in that case, the petition will be amended to include such violation and the case will proceed at that time.

    RESPECTFULLY SUBMITTED, this 3rd day of August, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Frank V. Russo
Assistant U.S. Attorney
222 West Seventh Ave, #9, Rm. 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@uddoj.gov

Certificate of Service

I hereby certify that on August 3, 2007,
a copy of the foregoing *Status Report*
was served electronically via ECF on:

Kevin F. McCoy
Kevin_McCoy@fd.org

s/Danielle Newberry
Legal Assistant