```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs.  RASHAD D. ARNSWORTH    CASE NO. 3:03-CR-00005-01-JWS
Defendant:  X Present  X In Custody
U.S.A. vs.  RASHAD D. ARNSWORTH    CASE NO. 3:07-CR-00043-01-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:        JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES' ATTORNEY:     CRANDON RANDELL

DEFENDANT'S ATTORNEY:        STEVEN WELLS

U.S.P.O.:                    ERIC ODEGARD/BARBARA BURTON

PROCEEDINGS:  INITIAL APPEARANCE/DISPOSITION HEARING ON AMENDED
              PETITION TO REVOKE SUPERVISED RELEASE (DKT 154) /
              IMPOSITION OF SENTENCE HELD 11/19/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:13 a.m. court convened.

 X Copy of Amended Petition to Revoke Supervised Release (DKT 154) given to defendant: read.

 X Defendant advised of general rights, charges and penalties.

 X Defendant **ADMITTED** allegation 6 of the Amended Petition to Revoke Supervised Release.  Allegations 1, 2, 3, 4, 5, 7 & 8 of the Amended Petition to Revoke Supervised Release **DISMISSED**.

 X Supervised Release revoked.

 X Defendant imprisoned for a period of 18 months on Allegation 6 of the Amended Petition to Revoke Supervised Release.

 X Notice of Appeal form given to defense counsel.

 X Court stated findings/reasons pursuant to sentencing guidelines.

                      CONTINUED TO PAGE 2

DATE:   November 19, 2007       DEPUTY CLERK'S INITIALS:   CME

Revised 6/18/07

```
                       Page 2 Continuation
       U.S.A. vs. Rashad D. Arnsworth, 3:03-CR-00005-01-JWS
       U.S.A. vs. Rashad D. Arnsworth, 3:07-CR-00043-01-JWS
       Initial Appearance/Disposition Hearing on Amended Petition to
     Revoke Supervised Release (DKT 154) and Imposition of Sentence
                          November 19, 2007
```
-------------------------------------------------------------------

 X  Imprisonment for a period of 60 months on Count 1 of the First Superseding Indictment and 70 months on Count 2 of the First Superseding Indictment, to be served concurrently.  This term to be served consecutively to the sentence imposed on 3:03-CR-0005-JWS and any sentence imposed on the defendant's State of Alaska case 3AN-07-1055-CR.

 X  Defendant placed on supervised release for a period of 3 years on Count 1 and Count 2 to be served Concurrently under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 X  Special Assessment $ 200.00, due immediately.

 X  Restitution $153,002.83, to be paid as stated in the judgment.

 X  Defendant remanded to the custody of the U.S. Marshal.

 X  Court advised defendant of appeal rights.

 X  Payment coupon given to defendant.

 X  OTHER: Court and counsel heard re presentence report and corrections to the amount of restitution.  Court and counsel heard re government's oral motion for a two level adjustment; **DENIED**.  Court advised the defendant of appeal rights.

At 11:00 a.m. court adjourned.

DATE:   November 19, 2007      DEPUTY CLERK'S INITIALS:   CME

Revised 6/18/07