# United States District Court
## for the
## DISTRICT OF ALASKA

RECEIVED
NOV 20 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: A03-0005-01 CR (JWS) |
| vs. | WARRANT FOR ARREST |
| Rashad Arnsworth | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Rashad Arnsworth and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with nine violations of his term of supervised release.

**Signature Redacted**

John W. Sedwick
Chief U.S. District Court Judge

Date: Jan. 29, 2007

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

**EXECUTED ON WRIT**    ACC-W, ANCHORAGE

| Date Received: 1/29/07 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 4/24/07 | USMS RANDY JOHNSON | R Snyder |