**RECEIVED**
NOV 21 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>RASHAD D. ARNSWORTH | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 08/04/2003<br>Case Number: 3:03-CR-00005-01-JWS<br><br>Steven Wells<br>   Defendant's Attorney |

Defendant's probation officer filed a petition on 11/05/2007 accusing defendant of  8  violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED Allegation 6 of the Amended Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 6 | Mandatory | Commit a Crime | 01/31/2007 | B |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through  3  of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

NOVEMBER 19, 2007

**REDACTED SIGNATURE**

Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

11-21-07
Date

AO245.REV

Defendant: RASHAD D. ARNSWORTH                Amended Judgment--Page _2_ of _3_
Case No.:  3:03-CR-00005-01-JWS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  18 Months        .

    This term to run consecutively with the time imposed in case 3:07-CR-00043-01-JWS and the State of Alaska Case 3AN-07-1055-CR.

[X]  The court makes the following recommendations to the Bureau of Prisons:

    Court recommends that the defendant serve his time at the facility located in Sheridan, Oregon
    Court recommends that the defendant serve his Federal time imposed first and then serve his State of Alaska time imposed.

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this district,
                  a.m.
    [_] at _____ p.m. on _____.

[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                    United States Marshal

                            By _____
                                    Deputy Marshal

AO245.REV

Defendant: RASHAD D. ARNSWORTH  
Case No.:  3:03-CR-00005-01-JWS

Amended Judgment--Page __3__ of __3__

## SUPERVISED RELEASE

Defendant's supervised release is revoked and not term of supervision to follow.


Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV